**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02230-LTB

JAMES E. ROGERS,

    Plaintiff,

v.

HONEYWELL INTERNATIONAL INC.,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 15 - filed October 18, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                                                BY THE COURT:


                                                s/ Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:    October 19, 2012